# NILES, BARTON & WILMER, LLP

ATTORNEYS AT LAW

SUITE 1400

111 S. CALVERT STREET

BALTIMORE, MARYLAND 21202-6185

WASHINGTON, D. C. 20006
1616 H STREET, N.W.
202-737-0512

TELEPHONE 410-783-6300
FACSIMILE 410-783-6363
WEBSITE www.niles-law.com

WRITER'S DIRECT CONTACT

410-783-6344
Email rpobrien@niles-law.com

February 28, 2002

Via Hand Delivery
The Honorable Catherine C. Blake
United States District Court for
the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

RE:   *Trans-Tec Services, Inc. v. M/V Celestina*
      United States District Court for the District of Maryland
      Civil Action No.:   CCB 01 CV 2819
      Our File No.:       42911

Dear Judge Blake:

I am writing at this time to request a forty-five day extension to the discovery cut-off deadline in the above-referenced matter. Discovery is currently set to conclude on April 1, 2002. The primary reason that I am seeking the extension is the difficulty I have experienced in obtaining information concerning this matter given the worldwide spread of the involved parties. I believe that a forty-five day extension should be adequate to obtain the necessary discovery for the resolution of the case.

I have discussed this request with counsel for plaintiff Trans-Tec. Counsel has consented to the extension with a concomitant forty-five day extension of the remaining dates on the Scheduling Order. Thank you very much for your patience and cooperation.

Respectfully,

Robert P. O'Brien

RPO/klh

cc:  J. Stephen Simms, Esquire

n\:litigation\rpo\trimar\celestina\blake 02-28-02

"Approved" THIS 1st DAY OF March, 2002

UNITED STATES DISTRICT JUDGE