FILED _____ ENTERED
LODGED _____ RECEIVED

APR 2 3 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | | |
|---|---|---|
| **TRANS-TEC SERVICES, INC.,** | * | CIVIL ACTION NO.: CCB 01 CV 2819 |
| v. | * | |
| **M/V CELESTINA** | * | IN ADMIRALTY |
| Her engines, freights, tackle and apparel | * | |
| **Defendant in rem** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

The Court, having been notified by counsel for the parties that the above-referenced action has been fully settled and the settlement consummated, it is on this 23rd day of April, 2002, in the United States District Court for the District of Maryland;

ORDERED, that the above-referenced action is hereby dismissed with prejudice, that any and all security posted for the release of the vessel M/V Celestina is hereby released, that any and all claims, counter-claims, crossclaims, third-party claims and claims for attorney's fees and costs are dismissed and that each party is to bear its own costs.

_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

n\:litigation\rpo\trimar\celestina\order of dismissal


